```
 1                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE NORTHERN DISTRICT OF INDIANA
 2                            SOUTH BEND DIVISION

 3

 4    JUSTIN WICKETT,                     )
                                          )  CAUSE NUMBER
 5                                        )  3:21-cv-00708-RLM
             Plaintiff,                   )
 6                                        )
          vs                              )
 7                                        )
      NATIONAL RAILROAD PASSENGER         )
 8    CORPORATION, D/B/A AMTRAK,          )
                                          )  FEBRUARY 1, 2023
 9           Defendant.                   )

10

11                       TRANSCRIPT OF PROCEEDINGS
               BEFORE THE HONORABLE ROBERT L. MILLER, JR.
12

13    APPEARANCES:

14

15    For the Plaintiff:     MR. BENJAMIN J. WILENSKY
                             MR. ARVIN J. PEARLMAN
16                           Sommers Schwartz PC
                             One Towne Sq Ste 1700
17                           Southfield, MI 48076

18

19    For the Defendant:     MR. BARRY L. LOFTUS
                             MR. DAVID ALAN LOCKE
20                           Stuart & Branigan LLP - Laf/IN
                             300 Main St Ste 900
21                           PO Box 1010
                             Lafayette, IN 47902-1010
22

23

24

25            STENOGRAPHICALLY REPORTED, ECLIPSE SOFTWARE
```

```
 1            THE COURT:  Good morning.  We have two matters set at
 2   9:00.  One on the phone and one in person.  The one on the
 3   phone should be the briefer of the two, and that is Cause
 4   Number 3:21-cv-00708.
 5            If I could ask you folks to state your appearances for
 6   the record, please.
 7            MR. WILENSKY:  Yes, Your Honor.  Good morning.
 8            Ben Wilensky for the plaintiff, Justin Wickett.
 9            THE COURT:  Mr. Wilensky.
10            MR. PEARLMAN:  Good morning, Your Honor.
11            Arvin Pearlman also on behalf of the plaintiff,
12   Mr. Wickett.
13            THE COURT:  Mr. Pearlman.
14            MR. LOCKE:  David Locke on behalf of Amtrak.
15            THE COURT:  Mr. Locke.
16            MR. LOFTUS:  Barry Loftus for Amtrak.
17            THE COURT:  Mr. Loftus.
18            We are gathered on the motion to reset the trial.  I
19   assume we want to go beyond what the current trial date is
20   since we have a hearing set on a motion for summary judgment on
21   March 15th.  What kind of time frame are you folks thinking of
22   for trial?
23            MR. WILENSKY:  Well, Your Honor, this is our motion,
24   and we do need to abjure in.  The reason that we stated in the
25   motion, obviously, is that Mr. Pearlman and I have two trials
```

1    scheduled for the same week in April, this one and one in the
2    Eastern District of Michigan.  When we filed this motion, we
3    conferred with Mr. Locke who indicated that his first
4    availability for trial was September of this year.  September
5    is still wide open for us.  So we were hoping to have a trial
6    date that works for the Court and for everyone sometime in
7    September, approximately a four-day trial.
8            THE COURT:  Does that still sound about the right time
9    frame for the defense as well?
10           MR. LOCKE:  Yes, Your Honor.
11           MR. PEARLMAN:  I'm sorry, Your Honor.  This is Arvin
12   Pearlman.  I just wanted to jump in.  I understand that we were
13   looking at September because of Mr. Locke's trial schedule.
14   I'm just curious, because we could be ready in June, but I
15   don't know if Mr. Locke's trials have loosened up or if any of
16   his availability has come to light since our last discussion.
17           THE COURT:  Does it look like we still need to go to
18   September from the defense calendars?
19           MR. LOFTUS:  Go ahead, David.
20           MR. LOCKE:  Barry Loftus will be taking the lead on
21   this, so his availability would be more pertinent than mine at
22   this point.
23           MR. LOFTUS:  Right.  I have international travel
24   scheduled for June.
25           THE COURT:  Okay.  So you want to stick with the

```
 1  September time frame?
 2          MR. LOFTUS: Yes, that would be our preference. Thank
 3  you.
 4          THE COURT: By the way, can I ask the plaintiffs: How
 5  did this happen that we wound up with -- you're telling me that
 6  when we set this case, the Eastern District of Michigan case
 7  was already set. That's why I usually set the trial dates with
 8  counsel rather than just pick a date off our calendar. How did
 9  we get here?
10          MR. WILENSKY: I understand, Your Honor. I think it
11  was just an error on our part. We missed on the calendar that
12  there was one on the same week. I'm not sure how it happened,
13  but all I can say is that I think it was our error, and I
14  apologize for that.
15          THE COURT: All right. No problem.
16          How does it look for September 11?
17          MR. LOFTUS: My assistant is right next to me,
18  Your Honor. I'm going to ask her.
19          Julie, September 11th?
20          Your Honor, that would appear to work for us.
21          MR. PEARLMAN: Wait a minute. Let me just take a look.
22  Your Honor, this is, again, Arvin Pearlman. I need to take a
23  quick look at my calendar. So it looks clear then.
24          MR. LOFTUS: I'm sorry?
25          MR. PEARLMAN: We look clear right in September.
```

1  Nothing is happening.
2          Mr. Wilensky says we're good, Judge.  I can't pull up
3  my calendar on the internet here.  It's not working great, so I
4  will trust that that works.
5          MR. WILENSKY:  It appears good, and my secretary has
6  cleared it, and she's the keeper of the calendar.  So I think
7  we're good.
8          THE COURT:  For the defense?
9          MR. LOFTUS:  That's a good week, yes.
10         THE COURT:  Okay.  We'll jump on it.
11         It may be the last one who does this, but I'm writing
12 it on a paper calendar: four-day jury trial starting at 9:30 in
13 South Bend on September 11.
14         For the final pretrial conference, how about the 28th
15 of August at 3:00 in South Bend?  Would that work for you?
16         MR. LOFTUS:  Yes, for the defense.
17         MR. WILENSKY:  That works for me, Your Honor.
18         Arvin, I don't see anything on your calendar.
19         MR. PEARLMAN:  No.  I look clear.
20         THE COURT:  Let's jump on that one.  3:00 on the 28th
21 of August.  I can't remember who was originally assigned to
22 prepare the proposed pretrial order.  Does anybody remember, or
23 is there a volunteer?
24         MR. LOFTUS:  I think, Your Honor, it was the
25 plaintiff's side.

```
 1            THE COURT:  Let me ask, then, that counsel for
 2   plaintiff propose and submit the pretrial order by August 21st,
 3   the week before the final pretrial conference.  And I think
 4   that covers everything necessary on this motion.
 5            Anything further for the plaintiff?
 6            MR. WILENSKY:  No, Your Honor.  Thank you very much for
 7   accommodating us.
 8            THE COURT:  Anything more for the defense?
 9            MR. LOFTUS:  No, Your Honor.
10            THE COURT:  Okay.  Thanks, counsel.  Thank you.
11            (Proceedings adjourned at 9:06 a.m.)
12
13
14       I, TAMARA L. VANDERVORT, certify that the foregoing is a
15   correct transcript of the record of proceedings in the
16   above-entitled matter.
17       DATED THIS 3rd DAY OF APRIL, 2023.
18                      S/S TAMARA L. VANDERVORT
19                      TAMARA L. VANDERVORT
                        REGISTERED PROFESSIONAL REPORTER
20
21
22
23
24
25
```